| | |
|---|---|
| LISA ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Soxland International, Inc.,<br><br>Defendant. | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-1612<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: April 24, 2026

EQUAL ACCESS LAW GROUP, PLLC

Attorneys for Plaintiff

/s/ Michael Ohrenberger
By: Michael Ohrenberger, Esq
4903 Avenue N,
Brooklyn NY 11234
O: 844-731-3343
D: 716-281-5496
Email: mohrenberger@ealg.law